223 So.2d 874

**Samuel H. VIGNES**

**v.**

**Nellie JARREAU et al.**

No. 49938.

June 27, 1969.

In re: Nellie Jarreau et al. applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of Pointe Coupee. 222 So.2d 566.

Application denied. The result is correct.

SANDERS, J., is of the opinion a writ should be granted to review the important question pertaining to declaratory judgments.

SUMMERS, J., is of the opinion the writ should be granted.

223 So.2d 874

**Harold TYLER et al.**

**v.**

**R. D. ELSTON.**

No. 49956.

July 1, 1969.

In re: R. D. Elston applying for writs of certiorari, prohibition and review.

The application is denied. Exceptions having been overruled by the trial court, there is no final judgment.